STATE IN THE INTEREST OF K. S.

March 22, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. NEIL FOGLIA, JR., T/A
BAYONNE CINEMA COMPANY.

March 22, 1982.

Petitions for certification granted.  (See 182 *N.J.Super.* 12)

STATE OF NEW JERSEY v. KARL I. JONES.

March 22, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL SICILIANO.

March 22, 1982.

Petition for certification denied.